FILE COPY

# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 14-0844

| | | |
|---|---|---|
| **PHYLLIS REESE AND ALL OCCUPANTS OF 2404 RAINTREE DRIVE, PLANO, TEXAS 75074** | § § § § | **Collin County,** |
| **v.** | § | **5th District.** |
| **BANK OF AMERICA, N.A. ITS SUCCESSORS AND ASSIGNS** | § § | |

**January 30, 2015**

Petitioners' petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, dismissed for want of jurisdiction.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, PHYLLIS REESE AND ALL OCCUPANTS OF 2404 RAINTREE DRIVE, PLANO, TEXAS 75074, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 12th day of March, 2015.



Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk